# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANITA G. PEDERSON, | ) | 3:05-CV-402-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 17, 2006 |
| | ) | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, | ) ) ) | |
| Defendant. | ) ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has made a Motion for Change of Venue (Doc. #15). The Motion does not indicate which venue the Plaintiff would like this case transferred nor any grounds for such a transfer.

Plaintiff's Motion for Change of Venue (Doc. #15) is **DENIED**.

**IT IS SO ORDERED.**

                                                                    LANCE S. WILSON, CLERK

                                                                    By:      /s/
                                                                         Deputy Clerk